1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
9                                       AT TACOMA

10   UNITED STATES OF AMERICA for
     the use and benefit of BALLARD              CASE NO. 3:20-CV-05954-BHS-DWC
11   MARINE CONSTRUCTION, LLC,
                                                 ORDER STAYING DISCOVERY AND
12                         Plaintiffs,           RE-NOTING PENDING MOTIONS

13           v.

14   NOVA GROUP, INC., et al.,

15                         Defendants.

16
             This case has been referred to the undersigned United States Magistrate Judge. Dkt. 7. On
17
     October 28, 2020, Defendants Federal Insurance Company ("Federal") and Liberty Mutual
18
     Insurance Company ("Liberty") filed a Joint Motion to Dismiss. Dkt. 14. On November 18,
19
     2020, Defendant Nova Group, Inc. ("Nova") filed a Motion to Dismiss. Dkt. 20. On the same
20
     day, Nova also filed a Motion to Stay Discovery Pending the Outcome of Nova's Motion to
21
     Dismiss. Dkt. 22. The next day, on November 19, 2020, Federal and Liberty joined Nova's
22
     Motion to Stay Discovery. Dkt. 24. Federal and Liberty have also joined Nova's Motion to
23
     Dismiss. Dkt. 34. Plaintiff Ballard Marine Construction, LLC ("Ballard Marine") filed a
24

Response to the Motion to Stay. Dkt. 32, 33. Federal, Liberty, and Nova have filed Replies to the Motion to Stay. Dkt. 35, 36.

Ballard Marine has filed Responses to the Motions to Dismiss. Dkt. 19, 39. Ballard embedded a Motion to Strike Joinder within its Response to the Nova Motion to Dismiss. Dkt. 39. Federal and Liberty have filed Replies to the Motion to Dismiss (Dkt. 25) and filed an Alternative Motion to Stay. Dkt. 38. Ballard Marine has filed a Motion for Partial Summary Judgment. Dkt. 30.

Defendants request the Court stay discovery pending the outcome of Nova's Motion to Dismiss. Dkt. 22, 24. Ballard takes no position on the Motion to Stay. Dkt. 32. The Court has broad discretionary powers to control discovery. *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). A court may relieve a party of the burdens of discovery while a dispositive motion is pending. *See Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 36 (1984); *DiMartini v. Ferrin*, 889 F.2d 922, 926 (9th Cir. 1989), *amended at* 906 F.2d 465 (9th Cir. 1990); *see also Ministerio Roca Solida v. U.S. Dep't of Fish & Wildlife*, 288 F.R.D. 500, 506 (D. Nev. 2013) (permitting a stay of discovery where a pending dispositive motion is (1) "potentially dispositive of the entire case or at least dispositive of the issue on which discovery is sought" and (2) can be decided without additional discovery).

Here, Nova's Motion to Dismiss, which has been joined by Federal and Liberty, requests the Court enforce an arbitration clause and dismiss the entire case. Dkt. 20. Furthermore, Federal and Liberty have filed a partial Motion to Dismiss (Dkt. 14) and Ballard Marine has filed a Motion for Partial Summary Judgment (Dkt. 30). The Court finds the pending motions will potentially resolve this entire action and finds a decision is likely on the pending motions without additional discovery. Further, the Court finds a stay would advance the efficiency of the Court

1    and litigants. Thus, Defendants' Motions to Stay Discovery (Dkt. 22, 24) are granted. Discovery

2    – including deadlines for initial disclosures and for the combined joint status report and

3    discovery plan – is stayed until the resolution of the pending Motions.

4          To ensure efficient and just resolution of the pending motions, the Court re-notes the

5    Motion to Dismiss (Dkt. 14), Motion to Dismiss (Dkt. 20, 34), Motion for Partial Summary

6    Judgment (Dkt. 30), Motion for Alternative Stay (Dkt. 38), and Motion to Strike Sureties'

7    Joinder (Dkt. 39) to December 28, 2020 to allow all these Motions to be considered

8    simultaneously.[1]

9          Nova's optional reply to Ballard Marine's Response to Nova's Motion to Dismiss is due

10   on or before December 11, 2020. Defendants' responses to Ballard Marine's Motion for Partial

11   Summary Judgment and Ballard Marine's Motion to Strike Sureties' Joinder are due on or before

12   December 21, 2020 with Ballard Marine's optional replies due on or before December 28, 2020.

13   Ballard Marine's response and Nova's Response to Federal and Liberty's Alternative Motion to

14   Stay are due on or before December 21, 2020, and Federal and Liberty's optional replies are due

15   on or before December 28, 2020.

16         The Clerk is directed to re-note the Motions to Dismiss (Dkt. 14, 20), the Motion for

17   Partial Summary Judgment (Dkt. 30), the Motion to Strike Sureties' Joinder (Dkt. 39), and the

18   Alternative Motion to Stay (Dkt. 38) to December 28, 2020.

19          Dated this 9th day of December, 2020.

20

21   _____

22   David W. Christel
     United States Magistrate Judge

23   _____

24   [1] As December 25, 2020 is a holiday, the next business day is December 28, 2020. Therefore, the Motions
     will be ready for consideration on December 28, 2020.

ORDER STAYING DISCOVERY AND RE-
NOTING PENDING MOTIONS - 3